**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HG5873 INMATE, | : No. 86 MM 2020 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOHN WETZEL AND LUZERNE COUNTY COURTS, | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.